UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

Nelly Beck, individually and on behalf of all others similarly situated;

                Plaintiff,

Case No: 2:20-cv-04017-WFK-VMS

                -against-

Unifin Inc., and
LVNV Funding, LLC.

                Defendant(s).
-----------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO UNIFIN INC. AND LVNV FUNDING LLC

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Unifin Inc. and Defendant LVNV Funding LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 18, 2020

1

HOROWITZ LAW, PLLC

/s/ Uri Horowitz
Uri Horowitz
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com

*Attorney for Plaintiff Nelly Beck*

SO ORDERED:

s/ WFK

JUDGE, U.S. District Court
Eastern District of New York

2